IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

STACY JONES,
ADC #108515                                                                                          PLAINTIFF

VS.                 CASE NO. 5:17-CV-00064-BD

JOE PAGE, et al.                                                    DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED, this 20th day of October, 2017.

_____
UNITED STATES MAGISTRATE JUDGE